Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Alabama

Case number (*If known*): _____    Chapter you are filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bolta US Ltd. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Bolta US, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1235583 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1650 Boone Blvd. | |
| Number    Street | Number    Street |
| | P.O. Box |
| Northport    AL    35476 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Tuscaloosa County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Bolta US Ltd. | Case number (if known) _____ |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   336330

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
              District _____  When _____  Case number _____
                                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____
                                                                MM / DD / YYYY
              Case number, if known _____

| Debtor | Bolta US Ltd. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
Number          Street

_____

_____
City                                                     State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

Case 23-70042-JHH11    Doc 1    Filed 01/13/23    Entered 01/13/23 14:44:13    Desc Main
Document    Page 3 of 15

| Debtor | Bolta US Ltd. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/12/2023
MM / DD / YYYY

✘ Jeffrey Truitt
Signature of authorized representative of debtor

Jeffrey Truitt
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

✘ /s/ Stephen Gross
Signature of attorney for debtor

Date 01/12/2023
MM / DD / YYYY

Stephen Gross
Printed name

McDonald Hopkins
Firm name

600 Superior Ave Suite 2100
Number     Street

Cleveland
City

OH
State

44114
ZIP Code

2163485785
Contact phone

sgross@mcdonaldhopkins.com
Email address

P35410
Bar number

MI
State

# UNANIMOUS WRITTEN CONSENT IN LIEU OF
# A SPECIAL MEETING OF THE SOLE SHAREHOLDER AND THE BOARD OF DIRECTORS OF BOLTA US LTD., A DELAWARE CORPORATION DOING BUSINESS IN THE STATE OF ALABAMA AS
# BOLTA US, INC.

Effective: __1/12/2023__ ~~2022~~

The undersigned, being the sole Director and the sole Shareholder of BOLTA US LTD., a Delaware corporation qualified to transact business in the State of Alabama as BOLTA US, INC. (the "Corporation"), acting by written consent without a meeting pursuant to Section 141(f) and 228 of the Delaware General Corporation Law, as amended, do hereby unanimously (i) consent to and adopt the following resolutions effective as of the date first written above, which shall have the same force and effect as if taken by affirmative vote of the Board of Directors (the "Board") and Shareholder of the Corporation at meetings duly called and held; (ii) consent to the taking of any and all action contemplated therein or thereby; (iii) waive all requirements of notice; and (iv) direct that this written consent be filed with the minutes of the Corporation.

**WHEREAS,** the Corporation is experiencing liquidity issues, which has caused the Corporation to be distressed; and

**WHEREAS,** in order to respond to the financial distress, the Corporation has decided to engage and employ Jeffrey Truitt of B. Riley Advisory Services to be employed as the Chief Restructuring Officer ("CRO") of the Corporation pursuant to the terms of that certain CRO Agreement entered into by Corporation and B. Riley Advisory Services; and

**WHEREAS,** the Corporation's Board and Shareholder believe that it is a sound exercise of business judgment, and in the best interests of the Corporation and its creditors, employees, and other interested parties that a petition be filed by the Corporation, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED,** that effective as of the date first written above, that the Corporation be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "Chapter 11 Case") the United States Bankruptcy Court for the Northern District of Alabama, Western Division sitting in Tuscaloosa County, Alabama (the "Bankruptcy Court"); and

**RESOLVED FURTHER,** that any one of Anil Puri, Michael Crawford, and Jeffrey Truitt, in his capacity as CRO (each, an "Authorized Representative", and collectively, the "Authorized Representatives") be, and each of them individually hereby is, authorized, in the name and on behalf of the Corporation, appointed as the Corporation's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Corporation, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take

{10813894:2 }

Page 1 of 5


AP

any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and

**RESOLVED FURTHER**, that each Authorized Representative be, and they hereby are, authorized and directed to employ the law firm of McDonald Hopkins LLC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Representatives, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, to cause to be filed an appropriate application for authority to retain the services of McDonald Hopkins LLC, and having previously paid retainers to McDonald Hopkins, moving forward to pay a retainer of $20,000 (and to replenish said retainer as necessary to maintain the same) to McDonald Hopkins LLC; and

**RESOLVED FURTHER**, that each Authorized Representative be, and they hereby are, authorized and directed to employ the law firm of Rosen Harwood, P.C. as local bankruptcy co-counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Representatives, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, to pay a retainer of $ _20,000/- AP_ (and to replenish said retainer as necessary to maintain the same), and to cause to be filed an appropriate application for authority to retain the services of Rosen Harwood, P.C.; and

**RESOLVED FURTHER**, that each Authorized Representative be, and they hereby are, authorized and directed to employ the law firm of Winter McFarland, LLC, as special retained counsel to address corporate, employment, contract and litigation matters, taxation, government incentives, and other specialized matters for which their expertise will provide for the efficient administration and resolution of issues and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Representatives, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, to pay a retainer of $20,000 (and to replenish said retainer as necessary to maintain the same), and to cause to be filed an appropriate application for authority to retain the services of Winter McFarland, LLC.; and

**RESOLVED FURTHER** that Mr. Jeffrey Truitt of B. Riley Advisory Services as the CRO for the Corporation, is authorized and directed to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Representatives (other than the CRO), with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, to cause to be filed appropriate applications for authority to retain the services of B. Riley Advisory Services and Jeffrey Truitt (which are holding retainers of $100,000)

{10813894:2 }

Page 2 of 5

*2022 Unanimous Written Consent*
*Authorization to File Bankruptcy Petition*
*Bolta US Ltd.*

AP

Case 23-70042-JHH11    Doc 1    Filed 01/13/23    Entered 01/13/23 14:44:13    Desc Main
Document    Page 6 of 15

and moving forward to pay a retainer of $25,000 (and to replenish said retainer as necessary to maintain the same) to B Riley; and

**RESOLVED FURTHER** that each Authorized Representative be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Representatives, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER** that each Authorized Representative be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Representatives deem necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER**, that, in connection with the commencement of the Chapter 11 Case, each of the Authorized Representatives, is authorized and directed to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order"), and any Authorized Representative be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Corporation, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Corporation's Chapter 11 Cases, which agreement(s) may require the Corporation to grant liens to the Corporation's existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as any Authorized Representative approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval; and

**RESOLVED FURTHER**, that each Authorized Representative is hereby authorized, empowered, and directed to cause the Corporation to enter into a sale process to sell substantially all of the Corporation's assets as a going concern, which is subject to higher and better offers during the Corporation's Chapter 11 Case, and is also subject Bankruptcy Court approval;

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Representatives, each of the Authorized Representatives (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to do and perform or cause to be done and performed all such acts, deeds, and things, and to make, execute, acknowledge, deliver and file or cause to be made, executed, acknowledged, delivered and filed, any and all such agreements, undertakings, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Representative's judgment, shall be necessary,

{10813894:2 }

*2022 Unanimous Written Consent*
*Authorization to File Bankruptcy Petition*
*Bolta US Ltd.*


AP

Case 23-70042-JHH11    Doc 1    Filed 01/13/23    Entered 01/13/23 14:44:13    Desc Main
Document    Page 7 of 15

advisable or desirable (such necessity, advisability and/or desirability to be conclusively evidenced by the execution thereof) in order to fully effectuate or carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board and Shareholder; and

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, each of which shall be deemed an original, and when taken together, shall constitute one document; and

**RESOLVED FURTHER,** that these resolutions shall be made part of the Corporation's official records, and the action taken herein is as fully effective as if enacted at a meeting duly called and held.

[SIGNATURE PAGE FOLLOWS]

{10813894:2 }

Page 4 of 5

*2022 Unanimous Written Consent*
*Authorization to File Bankruptcy Petition*
*Bolta US Ltd.*


AP

Case 23-70042-JHH11    Doc 1    Filed 01/13/23    Entered 01/13/23 14:44:13    Desc Main
Document    Page 8 of 15

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of Directors and the sole Shareholder of the Corporation have executed this Written Consent, effective as of the date first set forth above.

**SHAREHOLDER:**

**WHITE CAPSTAN LIMITED**
*AS SOLE SHAREHOLDER OF THE CORPORATION*

Executed as a deed by White Capstan Limited acting by a director in the presence of:

Signature of Director: _____
Anil Puri

Signature of witness: _____

Name (in BLOCK CAPITALS): BRYAN P. Watt

Address: 3515 Watermelon Rd
Northport Alabama 35473

**DIRECTOR:**

_____
Anil Puri


{10813894:2 }

Page 5 of 5

*2022 Unanimous Written Consent*
*Authorization to File Bankruptcy Petition*
*Bolta US Ltd.*

Case 23-70042-JHH11    Doc 1    Filed 01/13/23    Entered 01/13/23 14:44:13    Desc Main
Document    Page 9 of 15

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BOLTA US LTD.,[1] | ) |
| | ) Case No. 23-[_____] |
| Debtor. | ) |
| | ) |
| | ) Chief Judge Jennifer Henderson |
| | ) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Bolta US Ltd. (the "Debtor"), respectfully represents as follows:

1. White Capstan Ltd. is the sole equity member of the Debtor in the above-captioned chapter 11 case and directly owns a 100% interest in the Debtor.

2. None of the Debtor's equity securities are publicly held.

---

[1] The last four digits of the Debtor's tax identification numbers are 5583, and the location of the Debtor's business is 1650 Boone Blvd., Northport, Alabama 35476.

{10796618: }

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOLTA US LTD.,[1] | ) | |
| | ) | Case No. 23-[_____] |
| Debtor. | ) | |
| | ) | |
| | ) | Chief Judge Jennifer Henderson |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Debtor | Equity Holder | Address of Equity Holder | Security Class | Number of Securities | Percentage of Equity Held |
|---|---|---|---|---|---|
| Bolta US Ltd. | White Capstan Ltd., UK | Environment House 6 Union Road Nottingham, NG3 1 FH | Common Units | 19,954 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jeffrey Truitt, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  1/13/23               Signature  /s/ Jeffrey Truitt
                                       Jeffrey Truitt, Chief Restructuring Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

[1] The last four digits of the Debtor's tax identification numbers are 5583, and the location of the Debtor's business is 1650 Boone Blvd., Northport, Alabama 35476.

{10796627:2 }

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: BOLTA US LTD. | |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION | |
| Case Number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                            12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DEUTSCHE BANK AG, NEW YORK BRANCH<br>60 WALL STREET<br>NEW YORK, NY 10005 | CONTACT: COUNSEL<br>PHONE: 212-250-2500<br>KEVIN.MCBRIEN@DB.COM | NOTES PAYABLE | | | | $7,239,668.08 |
| 2 | SMP AUTOMOTIVE SYSTEMS ALABAMA INC.<br>10799 ED STEPHENS ROAD<br>COTTONDALE, AL 35453 | CONTACT: CHAR ZAWADZINSKI<br>DIPIN.SHARMA@SMP-AUTOMOTIVE.COM | NOTES PAYABLE | | | | $6,422,658.15 |
| 3 | COMMERZBANK AKTIENGESELLSCHAFT, NEW YORK BRANCH<br>225 LIBERTY ST<br>NEW YORK, NY 10286 | CONTACT: JOHN GEREMIA, MANAGING DIRECTOR<br>PHONE: 212-266-7200<br>INFO@COMMERZMARKETS.COM | NOTES PAYABLE | | | | $4,299,366.67 |
| 4 | REHAU AUTOMOTIVE, LLC<br>ATTN: MARK MULLINS, ESQ<br>1501 EDWARDS FERRY RD, N.E.<br>LEESBURG, VA 20176 | CONTACT: MARK MULLINS, ESQ<br>PHONE: 256-737-3028<br>FAX: 256-685-7010<br>MARK.MULLINS@REHAU.COM | NOTES PAYABLE | | | | $3,554,648.71 |
| 5 | VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC<br>8001 VOLKSWAGEN DRIVE<br>C/O JOHN CRITCHFIELD<br>CHATTANOOGA, TN 37416 | CONTACT: JOHN CRITCHFIELD<br>PHONE: 423-582-5140<br>FAX: 423-582-5945<br>JOHN.CRITCHFIELD@GW.COM | NOTES PAYABLE | | | | $2,312,551.06 |
| 6 | MERCEDES-BENZ U.S. INTERNATIONAL, INC.<br>ATTN STEVEN W. NICHOLS<br>1 MERCEDES DRIVE<br>VANCE, AL 35490 | CONTACT: STEVEN W. NICHOLS<br>KEITH.STEPHENS@MBUSI.COM | SUMS DUE FOR TOOLING ADVANCES | | | | $1,941,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Case 23-70042-JHH11    Doc 1    Filed 01/13/23    Entered 01/13/23 14:44:13    Desc Main
Document    Page 12 of 15

Debtor: BOLTA US LTD.  
Case Number (if known):

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | SYNERGI PARTNERS INC. 151 W. EVANS ST. FLORENCE, SC 29051 | CONTACT: JIM BROWN, CEO PHONE: 843-519-0808 INFO@SYNERGIPARTNERS.COM | TRADE PAYABLE | C,D | | | $947,855.38 |
| 8 | ACTIVE PTM, LLC C/O HUSCH BLACKWELL LLP ATTN DIETER JUEDES 511 NORTH BROADWAY, SUITE 1100 MILWAUKEE, WI 53202 | CONTACT: DIETER JUEDES PHONE: (414) 978-5361 FAX: 734-547-7397 DIETER.JUEDES@HUSCHBLACKWELL.COM | TRADE PAYABLE | D | | | $470,714.47 |
| 9 | DCS DIVERSIFIED COATING SYSTEMS INC 309 ECHELON RD GREENVILLE, SC 29605 | CONTACT: GARY LIZANICH, CONTROLLER SUPPORT@DIVERSIFIED-COATINGS.COM | TRADE PAYABLE | | | | $451,392.02 |
| 10 | GERHARDI INC. 855 INDUSTRIAL PARK BLVD MONTGOMERY, AL 36117 | CONTACT: TZAHI SELLA, CEO INFO@GERHARDI.COM | TRADE PAYABLE | D | | | $300,000.00 |
| 11 | MORRISON EXPRESS CORPORATION 5148 KENNEDY ROAD FOREST PARK, AL 30297 | CONTACT: JOHN SIMPSON PHONE: 404-366-8848 FAX: 404-366-8801 JOHN_SIMPSON@MORRISONEXPRESS.COM | TRADE PAYABLE | | | | $219,367.02 |
| 12 | HARCROS CHEMICALS INC. 1496 HWY 150 BESSEMER, AL 35022 | CONTACT: COUNSEL PHONE: 913-321-3131 FAX: 913-621-7818 PRESS@HARCROS.COM | TRADE PAYABLE | | | | $117,946.08 |
| 13 | MS COMPANIES 6610 N. SHADELAND AVE INDIANAPOLIS, IN 46220 | CONTACT: DAVID KMITA, EVP PHONE: 317-322-9311 SALES@MSCOMPANIES.COM | TRADE PAYABLE | | | | $106,355.19 |
| 14 | BAXTER BAILEY AS AGENT FOR TA SERVICES/STANDRIDGE C/O DAVISON LAW FIRM 6000 POPLAR AVE., SUITE 250 MEMPHIS, TN 38119 | CONTACT: EDGAR DAVIDSON PHONE: (901) 230-7749 EDGAR@DAVISONLAWFIRM.NET | TRADE PAYABLE | D | | | $99,060.00 |
| 15 | ROBERT HALF FINANCE & ACCOUNTING 865 S. FIGUEROA ST., STE 2600 LOS ANGELES, CA 90017 | CONTACT: COUNSEL PHONE: 213-270-6763 AMBER.BAPTISTE@ROBERTHALF.COM | TRADE PAYABLE | D | | | $93,100.00 |
| 16 | NAOS STAFFING, LLC 1000 PEACHTREE INDUSTRIAL BLVD, SUITE 6-153 SUWANEE, GA 30024 | CONTACT: COUNSEL PHONE: 678-387-2880 | TRADE PAYABLE | | | | $88,430.81 |
| 17 | INDUSTRIAL CHEMICALS, INC. 2042 MONTREAT DRIVE BIRMINGHAM, AL 30024 | CONTACT: COUNSEL PHONE: 800-476-2042 CUSTOMERSERVICE@INDUSTRIALCHEM.COM | TRADE PAYABLE | | | | $79,864.72 |
| 18 | AVERITT EXPRESS INC. 1415 NEAL ST COOKEVILLE, TN 38502 | CONTACT: JASON WHITAKER, REGIONAL VICE PRESIDENT PHONE: 800-283-7488 CUSTOMERSERVICE@AVERITT.COM | TRADE PAYABLE | | | | $71,936.01 |

Official Form 204  Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims  Page 2

Case 23-70042-JHH11   Doc 1   Filed 01/13/23   Entered 01/13/23 14:44:13   Desc Main
Document    Page 13 of 15

Debtor: BOLTA US LTD.　　　　　　　　　　　　　　　　　Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 ARAB CARTAGE & EXPRESS CO. C/O FRAWLEY BOLIEK LAWYERS, LLC ATTN JOHN R. FRAWLEY, JR. POST OFFICE BOX 101493 IRONDALE, AL 35210 | CONTACT: JOHN R. FRAWLEY, JR. PHONE: (205) 956-9749 FAX: 256-586-8881 FRAWLEYJ@BELLSOUTH.NET | TRADE PAYABLE | | | | $59,920.00 |
| 20 CREATIVE LIQUID COATINGS (CLC) 2620 MARION DR KENDALLVILLE, IN 46755 | CONTACT: STEPHEN GEIST, PRESIDENT/CEO PHONE: 260-349-1862 SGEIST@CREATIVELIQUIDCOATINGS.COM | TRADE PAYABLE | | | | $58,787.52 |

Official Form 204　　Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BOLTA US LTD.,[1] | ) |
| | ) Case No. 23-[_____] |
| Debtor. | ) |
| | ) |
| | ) Chief Judge Jennifer Henderson |
| | ) |

**VERIFICATION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Jeffrey Truitt, the Chief Restructuring Officer of Bolta US Ltd., the limited liability company named as a Debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge.

| | |
|---|---|
| 1/13/2023 | Jeffrey Truitt |
| Date | Jeffrey Truitt, Chief Restructuring Officer |

---

[1] The last four digits of the Debtor's tax identification numbers are 5583, and the location of the Debtor's business is 1650 Boone Blvd., Northport, Alabama 35476.

{10795575: }